UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN JOSE FRUIT BARS, INC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL ELECTRIC COMPANY, <br><br> Defendant. | Case No. 5:13-cv-00138-PSG <br><br> **ORDER SETTING STATUS CONFERENCE** <br><br> **(Re: Docket Nos. 39 and 40)** |

Pending before the court is General Electric's administrative motion to take the pre-trial conference and trial off calendar.[1] To better understand the parties' respective positions, the court sets this case for a status conference on this Friday, July 18, 2014 at 9:15 AM. Telephonic appearances may be made without leave of the court.

**IT IS SO ORDERED.**

Dated: July 15, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] See Docket No. 40.

1

Case No. 5:13-cv-00138-PSG
ORDER SETTING STATUS CONFERENCE