UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN JOSE FRUIT BARS, INC, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY,<br><br>　　　　Defendant. | Case No. 5:13-cv-00138-PSG<br>(Consolidated with Case Nos.<br>5:13-cv-00691-PSG and<br>5:13-cv-00692-PSG)<br><br>**ORDER TO SHOW CAUSE**<br><br>**(Re: Docket No. 44)** |

A notice of settlement has been filed on the docket.[1] The parties thus shall file a dismissal within fourteen days or show cause in writing why dismissal is not warranted for failure to prosecute.

**IT IS SO ORDERED.**

Dated: July 28, 2014

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] See Docket No. 44 at 1 ("Plaintiffs' counsel are pleased to report that the parties have reached a settlement of this consolidated matter. Plaintiffs' counsel expect to receive the settlement funds and file a request for dismissal on or before August 8, 2014.").